# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Esther Salas |
| v. | : | Crim. No. 19-906 (ES) |
| ANDRE SHOULARS | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant Andre Shoulars (Husain A. Gatlin, Esq. and S. Emile Lisboa, IV, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and no continuances having previously been granted; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18 U.S.C. § 3161(c)(1); and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant, through counsel, has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 19th day of December, 2019;

ORDERED that the proceedings in the above-captioned matter are continued from the date of this Order through March 19, 2020; and it is further

IT IS FURTHER ORDERED that the period from the date of this Order through March 19, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE ESTHER SALAS
United States District Judge

Form and entry
consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

HUSAIN A. GATLIN, Esq.
Counsel for Defendant Andre Shoulars

S. EMILE LISBOA, IV, Esq.
Counsel for Defendant Andre Shoulars